# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>**Hearings Before Chief Judge Joseph M. Meier in Response to Coronavirus (COVID-19)** | |

### ORDER RESETTING IN-PERSON *NON-EVIDENTIARY* HEARINGS TO TELEPHONIC HEARINGS

**IT IS HEREBY ORDERED** that due to the current COVID-19 virus situation, and pursuant to General Order No. 360, all non-evidentiary hearings before this Court will be conducted telephonically until further notice.  Parties shall call into the number below *at least ten (10) minutes prior* to the start of the hearing.  The courtroom deputy will take roll, after which your phone should be placed on mute until your case is called.  Once you are finished with your case(s), you may hang up.

> Judge Meier's Conference Number:  1-877-336-1829
> Access Code:  5781287#
> Security Code: 1234#

**IT IS FURTHER HEREBY ORDERED** that in-person hearings will only be held upon order of the Court after a showing of good cause.  In those instances, you will need to observe social distancing, and you will use the microphones at the ends of counsel tables and not the podium.  Previously scheduled evidentiary hearings are in the

ORDER−1

process of being continued.  Any party that anticipates an evidentiary hearing shall contact the Courtroom Deputy to schedule that matter for a future date.



DATED:  March 19, 2020

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

ORDER−2